**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Eddie A. JONES, Defendant/Appellant.**

**No. ED 78101.**

Missouri Court of Appeals,
Eastern District,
Division Five.

June 19, 2001.

---

Jeremiah W. (Jay) Nixon, Atty. Gen.,Dora A. Fichter, Jefferson City, MO, for respondent.

Ellen H. Flottman, Public Defender, Columbia, MO, for appellant.

Before MARY K. HOFF, C.J., KATHIANNE KNAUP CRANE, J., and CHARLES B. BLACKMAR, Sr. J.

### ORDER

PER CURIAM.

Defendant appeals from the judgment entered by the trial court on a jury verdict finding him guilty of one count of possession of a controlled substance with intent to deliver, in violation of Section 195.211 RSMo (1999), and of two counts of possession of a controlled substance, in violation of Section 195.202 RSMo (1994). The trial court found him to be a prior and persistent offender and a persistent drug offender and sentenced him to thirteen years imprisonment on the possession with intent to deliver count and two one-year terms of imprisonment on the possession counts, to be served concurrently.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).